# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:21-cr-013-09 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| | ) | |
| JONATHAN ARWOOD | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Five of the seven-count Superseding Indictment; (2) accept Defendant's guilty plea to the lesser included offense of the charge in Count Five of the Superseding Indictment, that is, possession with the intent to distribute 5 grams or more of methamphetamine (actual), in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); (3) adjudicate Defendant guilty of the lesser included offense of the charge in Count Five of the Superseding Indictment, that is, possession with the intent to distribute 5 grams or more of methamphetamine (actual), in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); (4) defer a decision on whether to accept the plea agreement [Doc. 169] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 211). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 211) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Five of the seven-count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to the lesser included offense of the charge in Count Five of the Superseding Indictment, that is, possession with the intent to distribute 5 grams or more of methamphetamine (actual), in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of the lesser included offense of the charge in Count Five of the Superseding Indictment, that is, possession with the intent to distribute 5 grams or more of methamphetamine (actual), in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **August 12, 2022 at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**